UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

LUIS TORRELAVA-LEON,

                Plaintiff,

   -against-

WILFREDO TALLO and ROBERTO
CHUQUIANO,

                Defendants
-------------------------------------------------------X

**'10 CIV 05088**

**COMPLAINT AND
JURY DEMAND**

**JUDGE SEIBEL**

Plaintiff, by and through his attorneys, RONAI & RONAI, L.L.P., as and for his Complaint,

respectfully alleges, upon information and belief:

### I. NATURE OF THE CASE

1) This is an action for personal injuries, pain and suffering caused by a motor vehicle accident

that occurred on August 9, 2009, in the City of Stamford, State of Connecticut.

### II. JURISDICTION AND VENUE

2) Jurisdiction is predicated upon 28 U.S.C. section 1332 (a)(1).

3) The amount in controversy herein exceeds $75,000.00, exclusive of costs.

4) Venue is predicated upon the State and County of residence of plaintiff LUIS TORRELAVA-

LEON as set forth more fully below.

### III. THE PARTIES

5) At all times herein mentioned, plaintiff LUIS TORRELAVA-LEON was and still is a resident

of the County of Westchester, State of New York.

6) At all times herein mentioned, defendant, WILFREDO TALLO, was and still is a resident of

the County of Fairfield, State of Connecticut.

7) At all times herein mentioned, defendant, ROBERTO CHUQUIANO, was and still is a

resident of County of Fairfield, State of Connecticut.

### IV. FACTUAL ALLEGATIONS

8) On or about August 9, 2009, Amelia Cruz, owned a certain automobile, bearing the license plate number NYS DFH5120.

9) On or about August 9, 2009, plaintiff LUIS TORRELAVA-LEON, was the operator of a certain automobile, bearing license plate number NYS DFH5120.

10) On or about August 9, 2009, the automobile bearing license plate number NYS DFH5120 was being operated by plaintiff LUIS TORRELAVA-LEON, with the express knowledge, consent and/or on the business of its owner.

11) On or about August 9, 2009, defendant ROBERTO CHUQUIANO was the registered owner of a certain automobile, bearing license plate number CT 988WMP.

12) On or about August 9, 2009, defendant ROBERTO CHUQUIANO, was the titled owner of a certain automobile, bearing license plate number CT 988WMP.

13) On or about August 9, 2009, defendant ROBERTO CHUQUIANO, maintained a certain automobile, bearing license plate number CT 988WMP.

14) On or about August 9, 2009, defendant ROBERTO CHUQUIANO, controlled a certain automobile, bearing license plate number CT 988WMP.

15) On or about August 9, 2009, defendant ROBERTO CHUQUIANO, was the lessee of a certain automobile, bearing license plate number CT 988WMP.

16) On or about August 9, 2009, defendant ROBERTO CHUQUIANO, was the lessor of a certain automobile, bearing license plate number CT 988WMP.

17) On or about August 9, 2009, defendant WILFREDO TALLO, was the operator of a certain automobile, bearing license plate number CT 988WMP.

18) On or about August 9, 2009, the automobile bearing license plate number CT 988WMP was being operated by defendant WILFREDO TALLO with the express knowledge, consent and/or on the business of its owner.

19) On or about August 9, 2009, the vehicle operated by the defendant WILFREDO TALLO, negligently came in contact with the vehicle operated by the plaintiff LUIS TORRELAVA-LEON, on

South State Street, approximately 40 feet west its intersection with Elm Street, City of Stamford, State of Connecticut.

20) Solely as a result of the defendants' negligence, carelessness and recklessness the plaintiff LUIS TORRELAVA-LEON was caused to suffer severe and serious personal injuries to mind and body, and further, that the plaintiff was subjected to great physical pain and mental anguish.

21) The aforesaid occurrence was caused by the negligence of the defendants, without any culpable conduct of the part of the plaintiff.

22) As a result of the foregoing, the plaintiff sustained serious personal injuries as defined in Section 5102(d) of the Insurance Law of the State of New York, and/or economic loss greater than basic economic loss as defined in Section 5102(a) of the Insurance Law of the State of New York.

23) Due to defendant's negligence, plaintiff LUIS TORRELAVA-LEON, is entitled to damages in the sum of $2,000,000.00.

## V. DEMAND FOR JURY TRIAL

24) Plaintiff demands a trial by jury for this action.

**WHEREFORE,** the plaintiff demands judgment awarding damages in the sum of 2,000,000.00 and interest, the costs and disbursements of this action, together with such other and further relief as to this Court seems just and proper.

Dated: Port Chester, New York
June 18, 2010

By: Peter Ronai (PR- 3228)
**RONAI & RONAI, L.L.P.**
Attorneys for Plaintiff
*The Ronai Building*
34 Adee Street
Port Chester, New York 10573
(914) 824-4777